ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
GEORGE C. AGUILAR (126535)
gaguilar@robbinsarroyo.com
LAUREN N. OCHENDUSZKO (274227)
lochenduszko@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525- 3991

*Proposed Co-Lead Counsel and Counsel for Plaintiffs Ian Cassiman and Clair Vanderschaaf*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IAN CASSIMAN, Derivatively on Behalf of OCZ TECHNOLOGY GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYAN M. PETERSEN, ARTHUR F. KNAPP, JR., RALPH H. SCHMITT, ADAM J. EPSTEIN, RICHARD L. HUNTER, and RUSSELL J. KNITTEL, <br><br> Defendants, <br> -and- <br><br> OCZ TECHNOLOGY GROUP, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No.: C-12-05556-RS <br><br> **STIPULATION CONSOLIDATING ACTIONS AND RELATED MATTERS AND [PROPOSED] ORDER THEREON** <br><br><br><br><br><br><br><br><br><br> Judge: Hon. Richard Seeborg |

[Caption Continued on the Next Page]

| | |
|---|---|
| CLAIR VANDERSCHAAF, Derivatively on Behalf of OCZ TECHNOLOGY GROUP, INC., | Case No.: C-12-06058-RS |
| Plaintiff, | |
| v. | |
| RYAN M. PETERSEN, ARTHUR F. KNAPP, JR., RALPH H. SCHMITT, ADAM J. EPSTEIN, RICHARD L. HUNTER, and RUSSELL J. KNITTEL, | |
| Defendants, | |
| -and- | |
| OCZ TECHNOLOGY GROUP, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| | Judge: Hon. Richard Seeborg |
| ROBERT L. MORTON, Derivatively on Behalf of OCZ TECHNOLOGY GROUP, ING. | Case No.: C-12-06343-RS |
| Plaintiff, | |
| v. | |
| RALPH H. SCHMITT, ADAM J. EPSTEIN, RICHARD L. HUNTER, RUSSELL J. KNITTEL, RYAN M. PETERSEN and ARTHUR F. KNAPP, JR., | |
| Defendants, | |
| -and- | |
| OCZ TECHNOLOGY GROUP, INC., a Delaware corporation, | |
| Nominal Party. | |
| | Judge: Hon. Richard Seeborg |

STIPULATION CONSOLIDATING ACTIONS & RELATED MATTERS & [PROPOSED] ORDER THEREON
CASE NO. C-12-05556-RS

1     WHEREAS, there are presently three related shareholder derivative actions against
2 certain of the officers and directors of OCZ Technology Group, Inc. ("OCZ") on file in this
3 Court;

4     WHEREAS, in an effort to assure consistent rulings and decisions and the avoidance of
5 unnecessary duplication of effort, counsel for plaintiffs as well as counsel for defendants in the
6 related OCZ shareholder derivative actions currently on file in this Court enter into this
7 stipulation. The counsel are: (1) Robbins Arroyo LLP on behalf of plaintiffs Ian Cassiman and
8 Clair Vanderschaaf; (2) Robbins Geller Rudman & Dowd LLP on behalf of plaintiff Robert L.
9 Morton; (3) and Wilson Sonsini Goodrich & Rosati on behalf of defendants Arthur F. Knapp, Jr.,
10 Ralph H. Schmitt, Adam J. Epstein, Richard L. Hunter, Russell J. Knittel, and nominal defendant
11 OCZ;

12     WHEREAS, the parties have met and conferred and agree that the actions should be
13 consolidated under Rule 42(a) of the Federal Rules of Civil Procedure and that consolidation of
14 the actions will promote judicial economy and preserve both public and private resources; and

15     WHEREAS, plaintiffs and defendants agree that it would be duplicative and wasteful of
16 the Court's resources for defendants named in plaintiffs' shareholder derivative actions to have to
17 respond to the individual complaints prior to the agreed upon consolidation;

18     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and
19 defendants, through their respective counsel of record, as follows:

20     1.     The following actions are hereby related and consolidated for all purposes,
21 including pre-trial proceedings and trial:

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Cassiman v. Petersen, et al.* | No. C-12-05556-RS | October 29, 2012 |
| *Vanderschaaf v. Petersen, et al.* | No. C-12-06058-RS | November 29, 2012 |
| *Morton v. Schmitt, et al.* | No. C-12-06343-RS | December 14, 2012 |

2.     Every pleading filed in the consolidated action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OCZ TECHNOLOGY GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) | Lead Case No. C-12-05556-RS (Consolidated with Case Nos. C-12-06058-RS, C-12-06343-RS) |
|---|---|---|
| This Document Relates To: ALL ACTIONS | ) ) ) ) | |

3.     The files of the consolidated action shall be maintained in one file under Master File No. C-12-05556-RS.

4.     Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.

5.     Plaintiffs shall file a Consolidated Complaint ("Consolidated Complaint") by January 25, 2013, unless otherwise agreed upon by the parties or ordered by the Court.  The Consolidated Complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.  Defendants shall respond to the Consolidated Complaint within sixty days after service, unless otherwise agreed by the parties or ordered by the Court.  In the event that defendants file any motions directed at the Consolidated Complaint, the opposition and reply briefs shall be filed within sixty and thirty days, respectively, of the motions, unless otherwise agreed upon by the parties or ordered by the Court.  Counsel agrees to confer to select a hearing date.

6.     The Co-Lead Counsel for plaintiffs for the conduct of these consolidated actions are:

ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

and

ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

7.     Plaintiffs' Co-Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8.     Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs.  No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through plaintiffs' Co-Lead Counsel.

9.     Plaintiffs' Co-Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel.  Plaintiffs' Co-Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

10.    Defendants' counsel may rely upon all agreements made with plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

11.    Defendants' counsel signing this stipulation shall appear for and accept service on behalf of all their clients who have not already been served.

12.    Defendants take no position as to the appointment of Co-Lead Counsel.

13. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, remanded to or transferred to this Court.

14. When a case which properly belongs as part of the *In re OCZ Technology Group, Inc. Shareholder Derivative Litigation*, Lead Case No. C-12-05556-RS, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the *In re OCZ Technology Group, Inc. Shareholder Derivative Litigation*, Lead Case No. C-12-05556-RS, and Co-Lead Counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order. All such related derivative actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action.

15. Pursuant to Fed. R. Civ. P. 5(b)(2)(E)-(F), service by e-mail transmission shall be permitted in addition to service via ECF notification. For non-CM/ECF participants, service shall be deemed effective upon transmission of the service e-mail.

Dated: January 8, 2013

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
LAUREN N. OCHENDUSZKO

s/ George C. Aguilar
GEORGE C. AGUILAR

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
gaguilar@robbinsarroyo.com
lochenduszko@robbinsarroyo.com

*Proposed Co-Lead Counsel for Plaintiffs and Counsel for Plaintiffs Ian Cassiman and Clair Vanderschaaf*

- 4 -

STIPULATION CONSOLIDATING ACTIONS & RELATED MATTERS & [PROPOSED] ORDER THEREON
CASE NO. C-12-05556-RS

| | | |
|---|---|---|
| 1 | Dated: January 8, 2013 | ROBBINS GELLER RUDMAN<br>    & DOWD LLP<br>TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>ERIK W. LUEDEKE |

s/ Travis E. Downs III
TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
travisd@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

ROBBINS GELLER RUDMAN
    & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
shawnw@rgrdlaw.com

*Proposed Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Robert L. Morton*

LAW OFFICE OF
    ALFRED G. YATES, JR., P.C.
ALFRED G. YATES, JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (415) 471-1033

*Counsel for Plaintiff Robert L. Morton*

Dated: January 8, 2013                     WILSON SONSINI GOODRICH & ROSATI
                                           BORIS FELDMAN
                                           DIANE WALTERS

s/ Diane Walters
DIANE WALTERS

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com

- 5 -

STIPULATION CONSOLIDATING ACTIONS & RELATED MATTERS & [PROPOSED] ORDER THEREON
CASE NO. C-12-05556-RS

dwalters@wsgr.com

*Counsel for defendants Arthur F. Knapp, Jr., Ralph H. Schmitt, Adam J. Epstein, Richard L. Hunter, Russell J. Knittel, and nominal defendant OCZ Technology Group, Inc.*

I, George C. Aguilar, am the ECF User whose ID and password are being used to file this Stipulation Consolidating Related Actions, Appointing Co-Lead Counsel and Related Matters and [Proposed] Order Thereon. In compliance with General Order No. 45, X.B., I hereby attest that Diane Walters and Travis E. Downs, III have concurred in this filing.

s/ George C. Aguilar
GEORGE C. AGUILAR

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1/14/13
DATED

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

821795

- 6 -
STIPULATION CONSOLIDATING ACTIONS & RELATED MATTERS & [PROPOSED] ORDER THEREON
CASE NO. C-12-05556-RS