ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
GEORGE C. AGUILAR (126535)
gaguilar@robbinsarroyo.com
LAUREN N. OCHENDUSZKO (274227)
lochenduszko@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525- 3991

Co-Lead Counsel for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCZ TECHNOLOGY GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. C-12-05556-RS <br><br> (Consolidated with Case Nos. C-12-06058-RS, C-12-06343-RS) |
| This Document Relates To:<br><br>ALL ACTIONS | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE FOR PLAINTIFFS' CONSOLIDATED COMPLAINT |

1     WHEREAS, three related shareholder derivative actions[1] against certain of the officers and directors of OCZ Technology Group, Inc. ("OCZ" or the "Company") were filed in this Court;

    WHEREAS, on January 14, 2013, the Court entered an order consolidating the Related Actions, appointing Co-Lead Counsel, and setting a deadline of January 25, 2013, for plaintiffs to file a consolidated complaint;

    WHEREAS, the initial Case Management Conference ("CMC") in the *Cassiman* and *Vanderschaaf* actions are set for February 7, 2013, and the initial CMC in the *Morton* Action is set for March 21, 2013;

    WHEREAS, OCZ has announced that it intends to restate its financial results for certain fiscal periods;

    WHEREAS, plaintiffs have requested that the deadline to file the consolidated complaint be extended until after OCZ files its restated financial results with the Securities and Exchange Commission ("SEC"), and defendants have agreed to plaintiffs' request; and

    WHEREAS, the parties have met and conferred regarding the upcoming CMCs and the related ADR and CMC deadlines and agree that, given the current procedural posture, and in particular, the fact that the operative complaint has not yet been filed, the CMC and related CMC and ADR deadlines should be extended as set forth below.

    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by plaintiffs and defendants, through their respective counsel of record, as follows:

    1.    The CMCs scheduled for February 7, 2013, and March 21, 2013, and the related CMC and ADR deadlines, are vacated. The initial CMC for this consolidated derivative action

---

[1] The related actions are: (i) *Cassiman v. Petersen, et al.*, No. C-12-05556-RS, filed October 29, 2012 (the "*Cassiman* Action"); (ii) *Vanderschaaf v. Petersen, et al.*, No. C-12-06058-RS, filed November 29, 2012 (the "*Vanderschaaf* Action"); and (iii) *Morton v. Schmitt, et al.*, No. C-12-06343-RS, filed December 14, 2012 (the "*Morton* Action" and, collectively, the "Related Actions").

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND EXTENDING DEADLINE FOR PLAINTIFFS' CONSOLIDATED COMPLAINT
CASE NO. C-12-05556-RS

1  will be rescheduled to occur on the same date and time as the hearing on defendants' anticipated
2  motion to dismiss, as discussed below.

3      2.    The parties shall file a Joint Case Management Statement at least one week prior
4  to the initial CMC.

5      3.    Plaintiffs shall file a Consolidated Complaint ("Consolidated Complaint") within
6  21 days after the Company files with the SEC its financial statements for the first quarter of
7  fiscal 2013, as well as the results for the fiscal year 2012, including any and all restatements,
8  unless otherwise agreed upon by the parties or ordered by the Court.

9      4.    Defendants shall respond to the Consolidated Complaint within forty-five days
10 after service, unless otherwise agreed by the parties or ordered by the Court.  In the event that
11 defendants file any motions directed at the Consolidated Complaint, the opposition and reply
12 briefs shall be filed within forty-five and twenty-one days, respectively, of the motions, unless
13 otherwise agreed upon by the parties or ordered by the Court.  The parties agree to confer to
14 select a hearing date for any such motions.

15 Dated: January 23, 2013

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
LAUREN N. OCHENDUSZKO

            s/ George C. Aguilar
           GEORGE C. AGUILAR

600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
gaguilar@robbinsarroyo.com
lochenduszko@robbinsarroyo.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
ERIK W. LUEDEKE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND EXTENDING DEADLINE FOR PLAINTIFFS' CONSOLIDATED COMPLAINT
CASE NO. C-12-05556-RS

|  |  |
|---|---|
|  | Facsimile: (619) 231-7423<br>travisd@rgrdlaw.com<br>bennyg@rgrdlaw.com<br>eluedeke@rgrdlaw.com<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SHAWN A. WILLIAMS<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br>shawnw@rgrdlaw.com<br><br>*Co-Lead Counsel for Plaintiffs* |
| Dated: January 23, 2013 | WILSON SONSINI GOODRICH & ROSATI<br>BORIS FELDMAN<br>DIANE WALTERS<br><br>                   s/ Diane Walters<br>               DIANE WALTERS<br><br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br>boris.feldman@wsgr.com<br>dwalters@wsgr.com<br><br>*Counsel for Defendants Ralph H. Schmitt, Adam J. Epstein, Richard L. Hunter, Russell J. Knittel, and Nominal Defendant OCZ Technology Group, Inc.* |
| Dated: January 23, 2013 | HOGAN LOVELLS LLP<br><br>                   s/ Norman J. Blears<br>               NORMAN J. BLEARS<br><br>525 University Avenue 4th Floor<br>Palo Alto, California  94301<br>Telephone:  (650) 463-4000<br>Facsimile:  (650) 463-4199<br>Norman.blears@hoganlovells.com<br><br>*Counsel for Defendant Arthur F. Knapp, Jr.* |

- 3 -

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND EXTENDING DEADLINE FOR PLAINTIFFS' CONSOLIDATED COMPLAINT
CASE NO. C-12-05556-RS

1  I, George C. Aguilar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference and Extending Deadline for Plaintiffs' Consolidated Complaint. In compliance with General Order No. 45, X.B., I hereby attest that Diane Walters and Norman J. Blears have concurred in this filing.

           s/ George C. Aguilar
           GEORGE C. AGUILAR

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1/23/13
DATED        HONORABLE RICHARD SEEBORG
           UNITED STATES DISTRICT JUDGE

830930

- 4 -

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND EXTENDING DEADLINE FOR PLAINTIFFS' CONSOLIDATED COMPLAINT
CASE NO. C-12-05556-RS