ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
GEORGE C. AGUILAR (126535)
gaguilar@robbinsarroyo.com
LAUREN N. OCHENDUSZKO (274227)
lochenduszko@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525- 3991

Co-Lead Counsel for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCZ TECHNOLOGY GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. C-12-05556-RS<br><br>(Consolidated with Case Nos. C-12-06058-RS, C-12-06343-RS) |
| This Document Relates To:<br><br>ALL ACTIONS | STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE |

1   WHEREAS, on January 23, 2013, the parties to this consolidated action submitted a
2 stipulation to the Court which provided, among other things, that: (i) the then-scheduled Case
3 Management Conference ("CMC") be vacated and reset to occur on the same date as the hearing
4 on Defendants' anticipated motion to dismiss; (ii) Plaintiffs will file their consolidated complaint
5 ("Consolidated Complaint") within 21 days after nominal defendant OCZ Technology Group,
6 Inc. ("OCZ" or the "Company") files its financial statements for the first quarter of fiscal 2013
7 with the U.S. Securities and Exchange Commission; and (iii) Defendants will respond to the
8 Consolidated Complaint within forty-five days after service;

9   WHEREAS, the Court approved the parties' stipulation and entered an order that same
10 day; and

11   WHEREAS, the parties have conferred and agree that it is in the best interests of the
12 Company to not delay the filing of Plaintiffs' Consolidated Complaint.

13   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court
14 approval, by Plaintiffs and Defendants, through their respective counsel of record, as follows:

15   1.   Plaintiffs shall file their Consolidated Complaint on or before February 13, 2013,
16 unless otherwise agreed upon by the parties or ordered by the Court.

17   2.   Defendants shall respond to the Consolidated Complaint within forty-five days
18 after service, unless otherwise agreed by the parties or ordered by the Court.  In the event that
19 defendants file any motions directed at the Consolidated Complaint, the opposition and reply
20 briefs shall be filed within forty-five and twenty-one days, respectively, of the motions, unless
21 otherwise agreed upon by the parties or ordered by the Court.  The parties agree to confer to
22 select a hearing date for any such motions.

23   3.   The initial CMC for this consolidated action will be scheduled to occur on the
24 same date as the hearing on Defendants' anticipated motion to dismiss, and the parties will
25 submit a Joint Case Management Statement at least one week prior to the initial CMC.

26
27
28

- 1 -

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' CONSOLIDATED COMPLAINT
AND BRIEFING SCHEDULE
CASE NO. C-12-05556-RS

| | | |
|---|---|---|
| 1 | Dated: February 1, 2013 | ROBBINS ARROYO LLP |
| 2 | | BRIAN J. ROBBINS |
| | | GEORGE C. AGUILAR |
| 3 | | LAUREN N. OCHENDUSZKO |

s/ George C. Aguilar<br>GEORGE C. AGUILAR

600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
gaguilar@robbinsarroyo.com
lochenduszko@robbinsarroyo.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
ERIK W. LUEDEKE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
travisd@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
shawnw@rgrdlaw.com

*Co-Lead Counsel for Plaintiffs*

Dated: February 1, 2013

WILSON SONSINI GOODRICH & ROSATI
BORIS FELDMAN
DIANE WALTERS

s/ Diane Walters<br>DIANE WALTERS

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE
CASE NO. C-12-05556-RS

boris.feldman@wsgr.com
dwalters@wsgr.com

*Counsel for Defendants Ralph H. Schmitt, Adam J. Epstein, Richard L. Hunter, Russell J. Knittel, and Nominal Defendant OCZ Technology Group, Inc.*

Dated: February 1, 2013                    HOGAN LOVELLS LLP

                                  s/ Norman J. Blears
                                  NORMAN J. BLEARS

                                  525 University Avenue 4th Floor
                                  Palo Alto, California  94301
                                  Telephone:  (650) 463-4000
                                  Facsimile:  (650) 463-4199
                                  Norman.blears@hoganlovells.com

*Counsel for Defendant Arthur F. Knapp, Jr.*

I, George C. Aguilar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Plaintiffs' Consolidated Complaint and Briefing Schedule.  In compliance with General Order No. 45, X.B., I hereby attest that Diane Walters and Norman J. Blears have concurred in this filing.

                                  s/ George C. Aguilar
                                  GEORGE C. AGUILAR

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

 2/1/13
 DATED                            HONORABLE RICHARD SEEBORG
                                  UNITED STATES DISTRICT JUDGE

834350

- 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE
CASE NO. C-12-05556-RS