Norman J. Blears (Bar No. 95600)
Maren J. Clouse (Bar No. 228726)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone:  (650) 463-4000
Facsimile:   (650) 463-4199
norman.blears@hoganlovells.com
maren.clouse@hoganlovells.com

Attorneys for Defendant
Arthur F. Knapp, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCZ TECHNOLOGY GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. C-12-05556-RS<br><br>(Consolidated with Case Nos. C-12-06058- RS, C-12-06343-RS)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| This Document Relates To:<br><br>All Actions | The Honorable Richard Seeborg |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Arthur F. Knapp, Jr. hereby substitutes the law firm of Hogan Lovells US LLP as his counsel of record in this action, in the place and instead of Wilson Sonsini Goodrich & Rosati, Professional Corporation.

Pursuant to such substitution, Mr. Knapp hereby request that all notices, filings and other documents in this action be served on the following counsel:

Norman J. Blears (Bar No. 95600)
Maren J. Clouse (Bar No. 228726)
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
norman.blears@hoganlovells.com
maren.clouse@hoganlovells.com

I hereby agree to the foregoing substitution.

Dated: March 5, 2013          By:      /s/ *Arthur F. Knapp, Jr.*
                                       Arthur F. Knapp, Jr.

We hereby agree to the foregoing substitution.

Dated: March 5, 2013          WILSON SONSINI GOODRICH &
                              ROSATI, PROFESSIONAL
                              CORPORATION

                              By:      /s/ *Diane Walters*
                                       Diane Walters

We hereby accept the foregoing substitution.

Dated: March 5, 2013          HOGAN LOVELLS US LLP

                              By:      /s/ *Norman J. Blears*
                                       Norman J. Blears

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Norman J. Blears, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  March 5, 2013

/s/ *Norman J. Blears*
Norman J. Blears

## ORDER

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Hogan Lovells US LLP is substituted as counsel of record in this action for defendant Arthur F. Knapp, Jr., in place and instead of Wilson Sonsini Goodrich & Rosati, Professional Corporation.

Dated: 3/18/13

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE