BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
CAZ HASHEMI, State Bar No. 210239
Email: chashemi@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email: dwalters@wsgr.com
NAIRA DER KIUREGHIAN, State Bar No. 282391
Email: ndk@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendants
Adam J. Epstein, Richard L. Hunter,
Russell J. Knittel, Ralph H. Schmitt, and
Nominal Defendant OCZ Technology Group,
Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCZ TECHNOLOGY GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | LEAD CASE NO.: C-12-05556-RS<br><br>(Consolidated with Case Nos. C-12-06058-RS, C-12-06343-RS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>DATE:  N/A<br>TIME:  N/A<br>JUDGE:  Hon. Richard Seeborg |

1    WHEREAS, on February 13, 2013, plaintiffs Ian Cassiman, Clair Vanderschaaf, and Robert L. Morton filed a Verified Consolidated Shareholder Derivative Complaint (the "Complaint") in the above-captioned action;

    WHEREAS, pursuant to a stipulation and order entered on February 1, 2013, the deadline for defendants Adam J. Epstein, Richard L. Hunter, Arthur F. Knapp, Jr., Russell J. Knittel, Ralph H. Schmitt, and nominal defendant OCZ to respond to the Complaint is April 1, 2013;

    WHEREAS, defendants have requested that the deadline to respond be extended until April 22, 2013, and plaintiffs have agreed to the requested extension;

    WHEREAS, the requested extension is not for the purpose of delay and will not prejudice any party;

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1.    Defendants shall have until April 22, 2013 to respond to the Complaint.

Dated: March 25, 2013

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/   Diane M. Walters
      Diane M. Walters
      dwalters@wsgr.com

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants Adam J. Epstein, Richard L. Hunter, Russell J. Knittel, and Ralph H. Schmitt and Nominal Defendant OCZ Technology Group, Inc.

| | | |
|---|---|---|
| 1 | Dated: March 25, 2013 | HOGAN LOVELLS LLP |
| 2 | | |
| 3 | | By: /s/   Norman J. Blears |
| | | Norman J. Blears |
| | | Norman.blears@hoganlovells.com |
| 4 | | |
| | | 525 University Avenue 4th Floor |
| 5 | | Palo Alto, California  94301 |
| | | Telephone:  (650) 463-4000 |
| 6 | | Facsimile:   (650) 463-4199 |
| 7 | | Attorneys for Arthur F. Knapp, Jr. |
| 8 | | |
| 9 | Dated:  March 25, 2013 | IRELL & MANELLA  LLP |
| 10 | | |
| | | By: /s/   Daniel P. Lefler |
| 11 | | Daniel P. Lefler |
| | | DLefler@irell.com |
| 12 | | |
| | | 1800 Avenue of the Stars, Suite 900 |
| 13 | | Los Angeles, CA  90067 |
| | | Telephone:  (310) 277-1010 |
| 14 | | Facsimile:   (310) 203-7199 |
| 15 | | Attorneys for Ryan Petersen |
| 16 | | |
| 17 | Dated:  March 25, 2013 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 18 | | TRAVIS E. DOWNS III |
| 19 | | |
| | | By: /s/   Travis E. Downs III |
| 20 | | Travis E. Downs III |
| | | travisd@rgrdlaw.com |
| 21 | | |
| | | 655 West Broadway, Suite 1900 |
| 22 | | San Diego, CA 92101-3301 |
| | | Telephone: (619) 231-1058 |
| 23 | | Facsimile: (619) 231-7423 |
| 24 | | ROBBINS GELLER RUDMAN & DOWD LLP |
| 25 | | SHAWN A. WILLIAMS |
| | | Post Montgomery Center |
| 26 | | One Montgomery Street, Suite 1800 |
| | | San Francisco, CA 94104 |
| 27 | | Telephone: (415) 288-4545 |
| | | Facsimile: (415) 288-4534 |
| 28 | | shawnw@rgrdlaw.com |

STIPULATION AND [~~PROPOSED~~] ORDER     -2-
RE EXTENSION OF TIME
LEAD CASE NO. C-12-05556-RS

| | | |
|---|---|---|
| 1 | Dated: March 25, 2013 | ROBBINS ARROYO LLP |
| 2 | | |
| 3 | | By: /s/     George Aguilar |
| | | George Aguilar |
| 4 | | gaguilar@robbinsarroyo.com |
| 5 | | 600 B Street, Suite 1900 |
| | | San Diego, CA 92101 |
| 6 | | Telephone: (619) 525-3990 |
| | | Facsimile: (619) 525-3991 |
| 7 | | |
| | | Co-Lead Counsel for Plaintiffs |
| 8 | | |

1     I, Diane M. Walters, am the ECF user whose ID and password are being used to file this

2 STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO

3 RESPOND TO CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT.  In

4 compliance with General Order 45, X.B., I hereby attest that Norman J. Blears, Daniel P. Lefler,

5 Travis E. Downs III, and George Aguilar have concurred in this filing.

7 Dated:  March 25, 2013                          WILSON SONSINI GOODRICH & ROSATI
                                                                  Professional Corporation

                                                     By: /s/     Diane M. Walters
                                                                        Diane M. Walters
                                                                        dwalters@wsgr.com

1  **ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  DATED:  3/25/13                    _____
                                       THE HONORABLE RICHARD SEEBORG
5                                      UNITED STATES DISTRICT JUDGE