BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
CAZ HASHEMI, State Bar No. 210239
Email: chashemi@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email: dwalters@wsgr.com
NAIRA DER KIUREGHIAN, State Bar No. 282391
Email: ndk@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
Adam J. Epstein, Richard L. Hunter,
Russell J. Knittel, Ralph H. Schmitt, and
Nominal Defendant OCZ Technology Group,
Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCZ TECHNOLOGY GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | LEAD CASE NO.: C-12-05556-RS |
| | (Consolidated with Case Nos. C-12-06058-RS, C-12-06343-RS) |
| This Document Relates To: | |
| ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT** |
| | DATE: N/A<br>TIME: N/A<br>JUDGE: Hon. Richard Seeborg |

STIPULATION AND [PROPOSED] ORDER
RE EXTENSION OF TIME
LEAD CASE NO. C-12-05556-RS

1     WHEREAS, on February 13, 2013, plaintiffs Ian Cassiman, Clair Vanderschaaf, and Robert L. Morton filed a Verified Consolidated Shareholder Derivative Complaint (the "Complaint") in the above-captioned action;

    WHEREAS, pursuant to a stipulation and order entered on March 25, 2013, the deadline for defendants to respond to the Complaint was extended until April 22, 2013;

    WHEREAS, the parties have agreed to schedule a private mediation on May 20, 2013 to explore the possibility of a resolution of the above-captioned action;

    WHEREAS, in light of the upcoming mediation, defendants have requested that the deadline to respond to the Complaint be extended until three weeks after the May 20, 2013 mediation, or until June 10, 2013, and plaintiffs have agreed to defendants' request;

    WHEREAS, the requested extension is not for the purpose of delay and will not prejudice any party;

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

    1.     Defendants shall have until June 10, 2013 to respond to the Complaint.

| | |
|---|---|
| Dated: April 11, 2013 | Respectfully submitted, |
| | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: /s/   Diane M. Walters<br>        Diane M. Walters<br>        dwalters@wsgr.com |
| | 650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100 |
| | Attorneys for Defendants Adam J. Epstein, Richard L. Hunter, Russell J. Knittel, and Ralph H. Schmitt and Nominal Defendant OCZ Technology Group, Inc. |
| Dated: April 11, 2013 | HOGAN LOVELLS LLP |
| | By: /s/   Norman J. Blears<br>        Norman J. Blears<br>        Norman.blears@hoganlovells.com |
| | 525 University Avenue 4th Floor<br>Palo Alto, California  94301<br>Telephone:  (650) 463-4000<br>Facsimile:   (650) 463-4199 |
| | Attorneys for Arthur F. Knapp, Jr. |
| Dated: April 11, 2013 | IRELL & MANELLA LLP |
| | By: /s/   Daniel P. Lefler<br>        Daniel P. Lefler<br>        DLefler@irell.com |
| | 1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>Telephone:  (310) 277-1010<br>Facsimile:   (310) 203-7199 |
| | Attorneys for Ryan Petersen |

| | | |
|---|---|---|
| 1 | Dated: April 11, 2013 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | | |
| 3 | | By: /s/    Travis E. Downs III |
| 4 | | Travis E. Downs III<br>travisd@rgrdlaw.com |
| 5 | | 655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301 |
| 6 | | Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 |
| 7 | | ROBBINS GELLER RUDMAN |
| 8 | | & DOWD LLP<br>SHAWN A. WILLIAMS |
| 9 | | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 10 | | San Francisco, CA 94104<br>Telephone: (415) 288-4545 |
| 11 | | Facsimile: (415) 288-4534<br>shawnw@rgrdlaw.com |
| 12 | | |
| 13 | Dated: April 11, 2013 | ROBBINS ARROYO LLP |
| 14 | | |
| 15 | | By: /s/    George Aguilar<br>George Aguilar |
| 16 | | gaguilar@robbinsarroyo.com |
| 17 | | 600 B Street, Suite 1900<br>San Diego, CA 92101 |
| 18 | | Telephone:  (619) 525-3990<br>Facsimile:  (619) 525-3991 |
| 19 | | |
| 20 | | Co-Lead Counsel for Plaintiffs |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1   I, Diane M. Walters, am the ECF user whose ID and password are being used to file this
2   STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO
3   RESPOND TO CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT.  In
4   compliance with General Order 45, X.B., I hereby attest that Norman J. Blears, Daniel P. Lefler,
5   Travis E. Downs III, and George Aguilar have concurred in this filing.

7   Dated:  April 11, 2013               WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

                                         By: /s/    Diane M. Walters
                                                    Diane M. Walters
                                                    dwalters@wsgr.com

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   4/11/13

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER         -5-
RE EXTENSION OF TIME
LEAD CASE NO. C-12-05556-RS