1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCZ TECHNOLOGY GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | )<br>)<br>) | Lead Case No.: C-12-05556-RS<br><br>(Consolidated with Case Nos. C-12-06058-RS, C-12-06343-RS) |
| This Document Relates to:<br><br>   ALL ACTIONS | )<br>)<br>)<br>)<br>) | [~~PROPOSED~~] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Judge: Hon. Richard Seeborg |

16

17

18

19

20

21

22

23

24

25

26

27

28

876826_1

1       This matter came before the Court for hearing pursuant to the Order of this Court, dated

2  August 5, 2013 ("Preliminary Approval Order"), on the application of the Settling Parties for

3  approval of the settlement ("Settlement") set forth in the Stipulation of Settlement dated July 19,

4  2013 (the "Stipulation").  Due and adequate notice having been given to the current OCZ

5  Technology Group, Inc. ("OCZ") shareholders as required in said Preliminary Approval Order, and

6  the Court having considered all papers filed and proceedings had herein and otherwise being fully

7  informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED,

8  ADJUDGED, AND DECREED that:

9       1.      This Judgment incorporates by reference the definitions in the Stipulation, and all

10  capitalized terms contained herein shall have the same meanings as set forth in the Stipulation (in

11  addition to those capitalized terms defined herein).

12       2.      This Court has jurisdiction over the subject matter of the Action, including all matters

13  necessary to effectuate the Settlement, and over all parties to the Action, including the Plaintiffs, the

14  current OCZ shareholders, and the Defendants.

15       3.      The Court finds that the Notice and Summary Notice provided to OCZ shareholders

16  was the best notice practicable under the circumstances and fully satisfied the requirements of

17  Federal Rule of Civil Procedure 23.1 and due process.

18       4.      The Action and all claims contained therein, as well as all of the Released Claims, are

19  dismissed with prejudice.  As between Plaintiffs and Defendants, the Settling Parties are to bear their

20  own costs, except as otherwise provided in the Stipulation.

21       5.      The Court finds that the Stipulation and Settlement are fair, reasonable, and adequate

22  as to each of the Settling Parties and further finds that the Settlement is in the best interests of OCZ

23  and its shareholders.  The Court hereby finally approves the Stipulation and Settlement in all

24  respects, and orders the Settling Parties to perform its terms to the extent the Settling Parties have

25  not already done so.

26       6.      Except as provided in paragraph 7.4 of the Stipulation, upon the Effective Date,

27  Plaintiffs on their own behalf and derivatively on behalf of OCZ, OCZ, and each of OCZ's

28

876826_1

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - C-12-05556-RS

shareholders (solely in their capacity as OCZ shareholders) shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged the Released Claims, including Unknown Claims, against the Released Persons.  Nothing herein shall in any way impair or restrict the rights of any of the Settling Parties to enforce the terms of the Stipulation.

7.    Upon the Effective Date, each of the Defendants and their Released Persons shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged each and all of the Plaintiffs and Plaintiffs' Counsel from all claims (including Unknown Claims) arising out of, relating to, or in connection with, the institution, prosecution, assertion, settlement, or resolution of the Action or the Released Claims.  Nothing herein shall in any way impair or restrict the rights of the Settling Parties to enforce the terms of the Stipulation.

8.    All OCZ shareholders are hereby barred and enjoined from prosecuting the Released Claims against the Released Persons.

9.    The Court hereby approves the Fee and Expense Amount in accordance with the Stipulation and finds that the Fee and Expense Amount is fair and reasonable.

10.    Neither the Stipulation nor the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (i) is or may be deemed to be or may be offered, attempted to be offered, or used in any way by the Settling Parties or any other Person as a presumption, a concession or an admission of, or evidence of, any fault, wrongdoing, or liability of the Defendants or of the validity of any Released Claims; or (ii) is intended by the Settling Parties to be offered or received as evidence or used by any other Person in any civil, criminal, administrative, or other proceeding whatsoever, including before any court, administrative agency, or other tribunal.  The Released Persons may file the Stipulation and/or the Judgment in any action brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, full faith and credit, release, good faith settlement, judgment bar or

1    reduction, or any other theory of claim preclusion or issue preclusion or similar defense or

2    counterclaim.

3          11.    During the course of the litigation, the parties and their respective counsel at all times

4    complied with the requirements of Federal Rule of Civil Procedure 11 and all other similar laws.

5          12.    Without affecting the finality of this Judgment in any way, this Court hereby retains

6    continuing jurisdiction over the Action and the parties to the Stipulation to enter any further orders

7    as may be necessary to effectuate the Stipulation, the Settlement provided for therein, and the

8    provisions of this Judgment.

9          13.    No proceeding, appeal, or petition pertaining solely to the Fee and Expense Amount

10   or reversal or modification thereof, shall operate to terminate, modify or cancel the Stipulation, or

11   affect or delay the Effective Date or the finality of this Judgment.

12         14.    In the event that the Settlement does not become effective in accordance with the

13   terms of the Stipulation, this Judgment shall be vacated, and all orders entered and releases delivered

14   in connection with the Stipulation and this Judgment shall become null and void, except as otherwise

15   provided for in the Stipulation.

16         15.    This Judgment is a final, appealable judgment and should be entered forthwith by the

17   Clerk in accordance with Rule 58, Federal Rules of Civil Procedure.

18       IT IS SO ORDERED.

19   DATED:   10/17/13                                                      

20                                           THE HONORABLE RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE

21

22   Submitted by,

23   ROBBINS ARROYO LLP
    BRIAN J. ROBBINS

24   GEORGE C. AGUILAR
    MICHAEL J. NICOUD

25

26         s/ George C. Aguilar

27          GEORGE C. AGUILAR
    600 B Street, Suite 1900

28

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - C-12-05556-RS

1 | San Diego, CA 92101
Telephone:  (619) 525-3990
2 | Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
3 | gaguilar@robbinsarroyo.com
mnicoud@robbinsarroyo.com
4 |
5 | ROBBINS GELLER RUDMAN
& DOWD LLP
6 | TRAVIS E. DOWNS III
BENNY C. GOODMAN III
7 | ERIK W. LUEDEKE
655 West Broadway, Suite 1900
8 | San Diego, CA  92101
Telephone:  619/231-1058
9 | 619/231-7423 (fax)
travisd@rgrdlaw.com
10 | bennyg@rgrdlaw.com
erikl@rgrdlaw.com
11 |
12 |
ROBBINS GELLER RUDMAN
13 | & DOWD LLP
SHAWN A. WILLIAMS
14 | Post Montgomery Center
One Montgomery Street, Suite 1800
15 | San Francisco, CA 94104
Telephone: (415) 288-4545
16 | Facsimile: (415) 288-4534
shawnw@rgrdlaw.com
17 |
18 | Co-Lead Counsel for Plaintiffs
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

876826_1

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - C-12-05556-RS

- 4 -