1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    In re:                                          Case No.   15-mc-80010-EDL

8    ZCO LIQUIDATING CORPORATION
     (F/K/A OCZ TECHNOLOGY GROUP,
9    INC.) ET AL.                                    **SUA SPONTE REFERRAL ORDER**

10   Special Enforcement Matter.

11

12

13          Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Richard Seeborg

14   for the purpose of considering whether it is related to the following cases: In re OCZ Technology

15   Group. Inc. Shareholder Derivative Litigation, C-12-5556 RS and C-12-5265 RS.

16          **IT IS SO ORDERED.**

17   Dated: January 27, 2015

18

19   

20                                        ELIZABETH D. LAPORTE
                                          United States Magistrate Judge

21

22

23

24

25

26

27

28

United States District Court
Northern District of California